UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NUMBER: 18-00066 MAG |
| HÉCTOR LUIS BERDECÍA ROMÁN<br>MARGARET JANETTE PAGÁN ROSARIO | |
| DEBTORS | CHAPTER: 13 |

## NOTICE OF WITHDRAWAL

TO THE HONORABLE COURT:

COME NOW debtors represented by the undersigned attorney, and very respectfully state and pray:

1. On June 27, 2022, debtors filed a post confirmation modification of plan dated June 27, 2022. (Docket #87).

2. Debtors withdraws said motion.

WHEREFORE, debtors respectfully request the Court to take notice of the above mentioned.

**CERTIFICATE OF SERVICE**: I hereby certify that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Office of the United States Trustee and by regular mail to all parties in interest as per attached list.

RESPECTFULLY SUBMITTED.

In Ponce, Puerto Rico, this 1st of July of 2022.

/s/María E. Vicéns Rivera
MARÍA E. VICÉNS RIVERA
USDC- PR 226711
1218 AVE. HOSTOS., SUITE 117
PONCE, PUERTO RICO 00717
TEL. / FAX: (787) 259-1999
E-mail: mevicens@yahoo.com

LIST OF CREDITORS

18-00066-EAG13|ASUME |P O BOX 71316|SAN JUAN, PR 00936-8416| |||
18-00066-EAG13|BANCO SANTANDER |P O BOX 191080|SAN JUAN, PR 00919-1080| |||
18-00066-EAG13|BANCO SANTANDER |P O BOX 362589|SAN JUAN, PR 00936-2589| |||
18-00066-EAG13|COOP A/C DE YABUCOENA |1 RAMON QUINONES ST|YABUCOA, PR 00767| |||
18-00066-EAG13|CREDICENTRO COOP |P O BOX 686|BARRANQUITAS, PR 00794-0686| |||
18-00066-EAG13|CRIM |PO BOX 195387|SAN JUAN PR 00919-5387| |||
18-00066-EAG13|INTERNAL REVENUE SERVICES |P O BOX 7346|PHILADELPHIA, PA 19101-7346| |||
18-00066-EAG13|ISLAND FINANCE |P O BOX 195369|SAN JUAN, PR 00919-5369| |||
18-00066-EAG13|PUERTO RICO HOUSING FINANCE AUTHORITY |P O BOX 71221|SAN JUAN, PR 00936-8721| |||
18-00066-EAG13|SALICOOP |APARTADO 1169|SALINAS, PR 00751-1169| |||
18-00066-EAG13|WALMART |P O BOX 960024|ORLANDO, FL 32896-0024| |||